UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL MITCHELL, ROBIN BALL, LUKE RETTMER, ARMEN TOOLOEE, NATHANIEL CASEY, MATTHEW WALD, SECOND AMENDMENT FOUNDATION, and NATIONAL RIFLE ASSOCIATION,

Plaintiffs,

v.

STATE OF WASHINGTON, and ROBERT FERGUSON, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF WASHINGTON,

Defendants.

The Honorable Ronald B. Leighton

No. 2:18-cv-05931-RBL

NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

No party having filed an Answer or Motion for Summary Judgment, Plaintiffs hereby voluntarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

February 11, 2019.

ARD LAW GROUP PLLC

By: _____
Joel B. Ard, WSBA # 40104
Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243
Attorneys for Plaintiffs

ALBRECHT LAW PLLC

By: _____
Matthew C. Albrecht, WSBA #36801
David K. DeWolf, WSBA #10875
421 W. Riverside Ave., Ste. 614
Spokane, WA 99201
(509) 495-1246
Attorneys for Plaintiffs

IT IS SO ORDERED THIS 25 DAY OF February, 2019

_____
UNITED STATES DISTRICT COURT JUDGE

NOTICE OF DISMISSAL

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

FILED ___ LODGED ___
RECEIVED
FEB 20 2019
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY